Civil Action No. 20-4202

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JPMORGAN CHASE BANK, N.A.__
was received by me on *(date)* __15-SEP-2020__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __STEFONI MURPHY, INTAKE SPECIALIST__ who is designated by law to accept service of process on behalf of *(name of organization)* __JPMORGAN CHASE BANK, N.A.__ on *(date)* __17-SEP-2020__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __11.00__ for travel and $ __30.25__ for services, for a total of $ __41.25__ .

I declare under penalty of perjury that this information is true.

Date: __22-SEP-2020__

*J. M. Long*
*Server's signature*

__JOSHUA LONG, DEPUTY SHERIFF__
*Printed name and title*

Sheriff of Dauphin County
P.O. Box 1067
Harrisburg, PA 17108-1067
*Server's address*

Additional information regarding attempted service, etc: